THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BRANDON McFADDEN, Respondent.

Submitted February 6, 2012; decided February 9, 2012

Reported below, 87 AD3d 554.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.